```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
EURASIAN BANK JSC,                       :       20mc0074 (DLC)
                        Petitioner,      :
                                         :              ORDER
            -against-                    :
                                         :
BANK OF NEW YORK MELLON, NEW YORK        :
BRANCH, CREDIT SUISSE HOLDINGS (USA),    :
INC., CREDIT SUISSE AG, NEW YORK         :
BRANCH, and CREDIT SUISSE (USA), INC.,   :
                                         :
                        Respondents.     :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 17, 2020 the parties requested an adjournment of the telephone conference scheduled for March 19. Accordingly, it is hereby

ORDERED that the March 19 telephone conference is rescheduled for **April 3** at **1:00 pm**.

IT IS FURTHER ORDERED that the parties shall use the following dial-in instructions for the telephone conference:

        Dial-in:      888-363-4749
        Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          March 18, 2020

                                    _____
                                    DENISE COTE
                              United States District Judge